UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 17-280 (PJS/FLN) |
| Plaintiff, | |
| v. | |
| Viraj Keandre Daq Willis-Das, | **ORDER** |
| Defendants. | |

Jeffrey Paulsen, Assistant United States Attorney, for Plaintiff.
Douglas Olson, Assistant Federal Defender, for Defendant.

**THIS MATTER** came before the undersigned United States Magistrate Judge onJanuary 17, 2018, on Defendant Viraj Keandre Daq Willis-Dass' pretrial motions. Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

A.  Defendant's pretrial motions are **GRANTED** in part, and **DENIED** in part as follows:

   1. Defendant's motion for disclosure of 404(b) evidence (ECF No. 29) is **GRANTED** to the extent required by Rule 404 of the Federal Rules of Evidence.

   2. Defendant's motion for discovery and inspection (ECF No. 30) is **GRANTED** to the extent required by the Federal Rules of Criminal Procedure. Any such disclosures shall be made forthwith to the extent not already disclosed

   3. Defendant's motion to compel evidence favorable to the defendant (ECF No. 31) is **GRANTED** to the extent required by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. With respect to the specific information requested by Defendants, there is no dispute as to categories 1, 2, 3, and 5. Any such disclosures of that material shall be made forthwith. With the information requested in category 4, the Government is required to disclose any evidence it contends it is obligated to produce under *Brady v. Maryland,* and its progeny.

   4. Defendant's motion to disclose and make informants available for interview (ECF No. 32) is **GRANTED**. To the extent the Government calls the informant as a witness, the Court agrees with the Defendant that the informant's name, arrest and

        conviction record, payment log, contract, and written plea deals are admissible under *Brady v. Maryland,* and *Giglio v. United States*, 405 U.S. 150 (1972), and must be disclosed no later than ten (10) days before trial.

5. Defendant's motion for discovery of expert under Rule 16(a)(1)(G) (ECF No. 33) is **GRANTED** to the extent required by Rule 16(a)(1)(G). The Government must disclose any reports completed by the experts forthwith.

6. Defendant's motion for early disclosure of Jencks Act Material (ECF No. 38) is **DENIED**. However, the Government has voluntarily agreed to make such disclosures in advance of trial.

DATED: March 1, 2018              */s/Franklin L. Noel*_____
                                                        FRANKLIN L. NOEL
                                                        United States Magistrate Judge