UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Viraj Keandre Daq Willis-Das,

        Defendant.

Case No. 17-cr-280 PJS/FLN

ORDER

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 1, 2018, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. Defendant Willis-Das' motion to suppress statements, admissions, and answers [ECF No. 34] is DENIED as moot.

2. Defendant Willis-Das' motion to suppress evidence as a result of search and seizure [ECF No. 39] is DENIED.

DATED: 3/19/18

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Court Judge